### 28722. SMITH *v.* THE STATE.

BROYLES, C. J. The defendant was convicted in the criminal court of Fulton County of operating a lottery known as the "number game." His certiorari was overruled by a judge of the superior court and he excepted to that judgment. The evidence authorized the verdict, and none of the special assignments of error shows cause for a new trial. The overruling of the certiorari was not error.

*Judgment affirmed. MacIntyre and Gardner, JJ., concur.*

DECIDED FEBRUARY 6, 1941.

*C. G. Battle,* for plaintiff in error.

*Bond Almand, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.